

*21-000243752*

CHIEF FINANCIAL OFFICER
JIMMY PATRONIS
STATE OF FLORIDA

| | |
|---|---|
| TARA IGLINSKI, | **CASE #:** 21-002104-CI |
| | **COURT:** CIRCUIT COURT |
| | **COUNTY:** PINELLAS |
| PLAINTIFF(S) | **DFS-SOP #:** 21-000243752 |
| VS. | |
| ELECTRIC INSURANCE COMPANY, | |
| DEFENDANT(S) / | |

SUMMONS, COMPLAINT, EXHIBIT, DISCOVERY

# NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by PROCESS SERVER on Thursday, May 13, 2021 and a copy was forwarded by ELECTRONIC DELIVERY on Wednesday, May 26, 2021 to the designated agent for the named entity as shown below.

ELECTRIC INSURANCE COMPANY
LISA R PIERCE
75 SAM FONZO DR
BEVERLY, MA 01915

\*Our office will only serve the initial process(Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080

Jimmy Patronis
Chief Financial Officer

BRYCE SPANO
MORGAN & MORGAN TAMPA, P.A.
ONE TAMPA CITY CENTER
201 N. FRANKLIN STREET, 7TH FLOOR
TAMPA, FL 33602

EXHIBIT "A"

TSC

Filing # 125707319 E-Filed 04/27/2021 04:13:00 PM

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL
CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

TARA IGLINSKI,

Plaintiff,

-vs-

ELECTRIC INSURANCE COMPANY,

CASE NO.: _____

Defendant.

_____/

Date: 5/13/21   Time: 8:10a
MCN #111
is a certified process server in the
Circuit and County Courts in and for the
Second Judicial Circuit

**SUMMONS**

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:
GREETINGS:

YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint, Interrogatories, Request to Produce and Request for Admissions or petition in the above styled cause upon the Defendant:

ELECTRIC INSURANCE COMPANY
c/o Florida Chief Financial Officer as Registered Agent
Service of Process Section
200 East Gaines Street
Tallahassee, FL 32399-0000

Each Defendant is hereby required to serve written defenses to said Complaint or petition on Plaintiff's attorney, whose name and address is:

BRYCE SPANO, ESQUIRE
Morgan & Morgan Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
(813) 223-5505

within twenty (20) days after service of this Summons upon that Defendant exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

WITNESS my hand and seal of said Court on APR 28 2021 _____, 2021.

Clerk of the Circuit Court

KEN BURKE CLERK CIRCUIT COURT
(Court Seal) 315 Court Street
Clearwater, Pinellas County, FL 33756-5165   By: _Judith Maslar_
Deputy Clerk

RECEIVED AS STATUTORY REGISTERED AGENT on 13 May, 2021 and served on defendant or named party on 26 May, 2021 by the Florida Department of Financial Services

In accordance with the Americans Disabilities Act, persons with disabilities needing special accommodations to participate in this proceeding should contact A.D.A. coordinator no later than seven (7) days prior to the proceeding at (813) 272-7040 or via Florida Relay Service 1-800-955-8771.

***ELECTRONICALLY FILED 04/27/2021 04:12:57 PM: KEN BURKE, CLERK OF THE CIRCUIT COURT, PINELLAS COUNTY***

Filing # 125707319 E-Filed 04/27/2021 04:13:00 PM

IN THE CIRCUIT COURT OF THE SIXTH
JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

TARA IGLINSKI,

    Plaintiff,

-vs-                                          CASE NO.:2021-002104-CI

ELECTRIC INSURANCE COMPANY,

    Defendant.
_____/

## COMPLAINT

COMES NOW the Plaintiff, TARA IGLINSKI, by and through her undersigned attorney, and sues the Defendant, ELECTRIC INSURANCE COMPANY, (hereinafter "ELECTRIC INSURANCE COMPANY"), an insurance corporation, and states as follows:

1. This is an action for damages that exceeds the sum of THIRTY THOUSAND DOLLARS ($30,000.00), exclusive of costs, interest and attorneys' fees (The estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court). Accordingly, Plaintiff has entered "$30,001" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for jurisdictional purposes only (the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only). The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

2. At all times material hereto, Plaintiff, TARA IGLINSKI was a resident of Pinellas County, Florida.

3. At all times material hereto, Defendant, ELECTRIC INSURANCE COMPANY, an insurance corporation, was authorized and doing business in Pinellas County, Florida.

4. This cause of action occurred in Largo, Pinellas County, Florida.

5. On or about January 28, 2020, at or near the intersection of 102nd Avenue North and 98th Street North, Largo, Pinellas County, Florida, an underinsured/uninsured motorist, Adrian Parmelee, so negligently and carelessly operated and/or maintained a motor vehicle so as to cause the same to collide with a motor vehicle owned and operated by the Plaintiff, TARA IGLINSKI, thereby causing Plaintiff to sustain serious injuries.

6. As a direct and proximate result of the negligence of Adrian Parmelee, Plaintiff, TARA IGLINSKI suffered bodily injury including a permanent injury to the body as a whole, pain and suffering of both a physical and mental nature, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, aggravation of an existing condition, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and loss of ability to lead and enjoy a normal life. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future. Plaintiff's motor vehicle was also damaged. Plaintiff, TARA IGLINSKI, will suffer or incur the injuries, expenses and impairment in the future

## COUNT I - CLAIM AGAINST
## ELECTRIC INSURANCE COMPANY

Plaintiff, TARA IGLINSKI, reiterates and realleges all Paragraphs that came before as if more fully set forth herein and further alleges:

7. At all times material hereto, Plaintiff, TARA IGLINSKI, had in force and effect a policy of insurance providing underinsured/uninsured motorists' coverage with Defendant, ELECTRIC INSURANCE COMPANY.

8. A copy of the declaration page evidencing underinsured/uninsured motorists' coverage is attached hereto as Exhibit "A".

9. This action is brought pursuant to Section 627.727, Fla. Stat., against Defendant, ELECTRIC INSURANCE COMPANY as the underinsured/uninsured motorist insurer for Plaintiff, TARA IGLINSKI.

10. Defendant, ELECTRIC INSURANCE COMPANY, is responsible for underinsured/uninsured motorists' benefits as provided in the contract of insurance, specifically, Policy No. ML202USPR, a copy of which is in Defendant's possession. Alternatively, Defendant is responsible for underinsured/uninsured motorists' benefits pursuant to Section 627.727, Fla. Stat.

11. Plaintiff has furnished Defendant, ELECTRIC INSURANCE COMPANY, timely notice of the automobile accident and proof of the claim for damages described above and has otherwise performed all conditions precedent to entitle recovery under the underinsured/uninsured portion of the policy but Defendant, ELECTRIC INSURANCE COMPANY, has denied that coverage exists and/or refused to pay Plaintiff the full value of the claim, or said conditions precedent have been waived.

WHEREFORE, Plaintiff, TARA IGLINSKI, demands judgment against Defendant, ELECTRIC INSURANCE COMPANY, in excess of Thirty Thousand Dollars ($30,000.00), and requests a trial by jury of all issues triable as of right by a jury.

DATED this 27th day of April, 2021.

/s/ *Bryce P. Spano, Esq.*
_____
Bryce P. Spano, Esquire
Morgan & Morgan Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
bspano@forthepeople.com
Florida Bar #: 584126
Attorney for Plaintiff

POLICY NUMBER: ML 20-2

COMMERCIAL AUTO
CA DS 03 10 13

# BUSINESS AUTO DECLARATIONS

This is a true and certified copy

_[signature]_

Authorized Representative
Electric Insurance Company

**EXHIBIT A**

## ITEM ONE

| | |
|---|---|
| **Company Name:** | Electric Insurance Company |
| **Producer Name:** | |
| **Named Insured:** | General Electric Company |
| **Mailing Address:** | 901 Main Avenue (Internal Mail Drop: 801-3) Norwalk CT 06851 |

**Policy Period**

From: 01/01/2020
To: 01/01/2021      At 12:01 AM Standard Time at your mailing address shown above
Previous Policy Number: ML 20-2

**Form Of Business:**
[X] Corporation    [ ] Limited Liability Company    [ ] Individual
[ ] Partnership    [ ] Other:

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

**Premium Shown Is Payable At Inception:** $
**Audit Period** (if applicable):   [ ] Annually   [ ] Semiannually   [ ] Quarterly   [ ] Monthly

**Endorsements Attached To This Policy**
IL 00 17 – Common Policy Conditions (**IL 01 46** in Washington)
IL 00 21 – Broad Form Nuclear Exclusion (not applicable in New York) (**IL 01 98** in Washington)

| Countersignature Of Authorized Representative ||
|---|---|
| Name: | Denise E. Kelly |
| Title: | Vice President, Commercial Lines Underwriting |
| Signature: | *Denise E. Kelly* |
| Date: | 1/1/2020 |

**Note**

Officers' facsimile signatures may be inserted here, on the policy cover or elsewhere at the company's option.

**ITEM TWO**

**Schedule Of Coverages And Covered Autos**

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". **"Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the Covered Autos section of the Business Auto Coverage Form next to the name of the coverage.**

| Coverages | Covered Autos | Limit | Premium |
|---|---|---|---|
| Covered Autos Liability | 1, 41, 48 | $ 2,500,000 | $ |
| Personal Injury Protection (Or Equivalent No-fault Coverage) | 5 | Separately Stated In Each Personal Injury Protection Endorsement Minus $ Deductible | $ |
| Added Personal Injury Protection (Or Equivalent Added No-fault Coverage) | | Separately Stated In Each Added Personal Injury Protection Endorsement | $ |
| Property Protection Insurance (Michigan Only) | | Separately Stated In The Property Protection Insurance Endorsement Minus $ Deductible For Each Accident | $ |
| Auto Medical Payments | | $ Each Insured | $ |
| Medical Expense And Income Loss Benefits (Virginia Only) | | Separately Stated In The Medical Expense And Income Loss Benefits Endorsement | $ |
| Uninsured Motorists | 2 | $ 500,000 | $ |
| Underinsured Motorists (When Not Included In Uninsured Motorists Coverage) | 2 | $ 500,000 | $ |